## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § Plaintiff, § § vs. § § FERRARI NORTH AMERICA, INC., § § Defendant. § §  | Case No: 1:20-cv-00260-RGA  PATENT CASE |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Display Technologies, LLC and Defendant Ferrari North America, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

5. This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 15, 2020               Respectfully Submitted,

CHONG LAW FIRM , P.A.              POTTER ANDERSON & CORROON, LLP

*/s/Jimmy Chong*                   */s/Phillip A. Rovner*
**JIMMY CHONG, ESQ.**              **Philip A. Rovner**
**CHONG LAW FIRM, P.A.**           **Potter Anderson & Corroon, LLP**
2961 Centerville Rd.               1313 N. Market St., Hercules Plaza, 6th Flr.
Ste 350                            P.O. Box 951
Wilmington, DE 19808               Wilmington, DE 19899-0951
(302)999-9480                      (302) 984-6000
chong@chonglawfirm.com             Email: provner@potteranderson.com

C*ounsel for Plaintiff*            *Counsel for Defendant*

**SO ORDERED:**

This _____ day of _____, 2020.

                                              HON. RICHARD G. ANDREWS
                                              UNITED STATES DISTRICT JUDGE