IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00260-RGA |
| vs. | § § | PATENT CASE |
| FERRARI NORTH AMERICA, INC., | § § | |
| Defendant. | § § § | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Display Technologies, LLC and Defendant Ferrari North America, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

5. This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: June 15, 2020 | Respectfully Submitted, |
| CHONG LAW FIRM , P.A. | POTTER ANDERSON & CORROON, LLP |
| */s/Jimmy Chong* | */s/Phillip A. Rovner* |
| **JIMMY CHONG, ESQ.** | **Philip A. Rovner** |
| **CHONG LAW FIRM, P.A.** | **Potter Anderson & Corroon, LLP** |
| 2961 Centerville Rd. | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| Ste 350 | P.O. Box 951 |
| Wilmington, DE 19808 | Wilmington, DE 19899-0951 |
| (302)999-9480 | (302) 984-6000 |
| chong@chonglawfirm.com | Email: provner@potteranderson.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

– 2 –

**SO ORDERED:**

This __16__ day of __June____, 2020.

/s/ Richard G. Andrews
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE